IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

MAY 1 2 2017

Clerk, U.S. Courts
District Of Montana
Missoula Division

| | |
|---|---|
| MARK A. AMBROSE, | CV 15–113–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TRICON TIMBER, LLC, | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this ___12___ day of May, 2017.

Donald W. Molloy, District Judge
United States District Court